**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: KOLLER, JEFFREY | § | Case No. 12-16504-BWB |
| KOLLER, WENDY | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 31, 2012.  The undersigned trustee was appointed on August 31, 2012.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of               $               60,725.06

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 5,092.46 |
| Bank service fees | 1,732.30 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 53,900.30 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 01/18/2013
and the deadline for filing governmental claims was  / /  . All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$6,286.25.  To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the
sum of $6,286.25, for a total compensation of $6,286.25.[2] In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of $0.00
and now requests reimbursement for expenses of $0.00, for total expenses of
$0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date: 11/18/2014              By:/s/THOMAS B. SULLIVAN, TRUSTEE
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-16504-BWB | **Trustee:** (330180)  THOMAS B. SULLIVAN, TRUSTEE |
| **Case Name:** KOLLER, JEFFREY | **Filed (f) or Converted (c):** 08/31/12 (c) |
| KOLLER, WENDY | **§341(a) Meeting Date:** 10/11/12 |
| **Period Ending:** 11/18/14 | **Claims Bar Date:** 01/18/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4250 SOUTH ROUTE 53, BRACEVILLE, IL | 223,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 20.00 | 0.00 | | 0.00 | FA |
| 3 | MAZON STATE BANK | 1,650.00 | 0.00 | | 0.00 | FA |
| 4 | MASON STATE BANK | 50.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 2,540.00 | 0.00 | | 0.00 | FA |
| 6 | PICTURES | 80.00 | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL | 800.00 | 0.00 | | 0.00 | FA |
| 8 | JEWELRY | 250.00 | 0.00 | | 0.00 | FA |
| 9 | CAMERA, ETC | 350.00 | 0.00 | | 0.00 | FA |
| 10 | 2002 FORD F450 DUMP TRUCK | 6,000.00 | 2,790.00 | | 6,000.00 | FA |
| 11 | 2005 FORD F250 | 4,000.00 | 1,600.00 | | 4,000.00 | FA |
| 12 | 2000 FORD F350 SUPER CAB | 3,500.00 | 1,100.00 | | 3,000.00 | FA |
| 13 | 2005 FORD F250 SUPER CAB | 6,000.00 | 6,000.00 | | 5,500.00 | FA |
| 14 | 1999 MERCURY GRAND MARQUIS | 800.00 | 800.00 | | 500.00 | FA |
| 15 | 2005 YAMAHA FX CRUISER | 3,000.00 | 3,000.00 | | 1,000.00 | FA |
| 16 | 2005 YAHAMA FX CRUISER | 3,000.00 | 3,000.00 | | 1,000.00 | FA |
| 17 | 2004 FOREST RIVER TRAVEL TRAILER | 6,000.00 | 6,000.00 | | 3,790.00 | FA |
| 18 | CRONKITE TRAILER | 1,000.00 | 500.00 | | 500.00 | FA |
| 19 | SALE OF PROPERTY IN MARCO ISLAND, FL (u) | 34,287.06 | 34,287.06 | | 34,287.06 | FA |
| 20 | FUNDS PAID TO CHAPTER 13 TRUSTEE IN PRIOR CASE (u) | 648.00 | 0.00 | | 648.00 | FA |
| 21 | 2006 KARAVAN JET SKI TRAILER (u) | 500.00 | 500.00 | | 500.00 | FA |
| 22 | 1108 NE 6TH AVENUE, FORT MYERS, FL | 12,000.00 | 12,000.00 | | 0.00 | FA |
| **22** | **Assets**    Totals (Excluding unknown values) | **$309,475.06** | **$71,577.06** | | **$60,725.06** | **$0.00** |

**Major Activities Affecting Case Closing:**

WAITING FOR VALUATION FROM AUCTIONNER ON TRUCK AND BOATS; ATTEMPTING TO MARKET FORT MYERS, FL PROPERTY

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-16504-BWB | | Trustee: | (330180) | THOMAS B. SULLIVAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | KOLLER, JEFFREY | | Filed (f) or Converted (c): | 08/31/12 (c) | |
| | KOLLER, WENDY | | §341(a) Meeting Date: | 10/11/12 | |
| Period Ending: 11/18/14 | | | Claims Bar Date: | 01/18/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):      June 30, 2014      Current Projected Date Of Final Report (TFR):      December 31, 2014

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 12-16504-BWB | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) | |
| **Case Name:** | KOLLER, JEFFREY | **Bank Name:** | The Bank of New York Mellon | |
| | KOLLER, WENDY | **Account:** | ****-******50-66 - Checking Account | |
| **Taxpayer ID #:** | **-***9393 | **Blanket Bond:** | $5,000,000.00  (per case limit) | |
| **Period Ending:** | 11/18/14 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/18/12 | {19} | THE KRAMER LAW FIRM | TURNOVER OF FUNDS FROM SALE OF PROPERTY IN MARCO ISLAND | 1210-000 | 34,287.06 | | 34,287.06 |
| 10/18/12 | {20} | OFFICE OF GLENN STEARNS | TURNOVER OF FUNDS RECEIVED BY CHAPTER 13 TRUSTEE | 1290-010 | 648.00 | | 34,935.06 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.63 | 34,906.43 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.52 | 34,834.91 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.00 | 34,765.91 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 34,765.91 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 34,935.06 | 34,935.06 | $0.00 |
| Less: Bank Transfers | 0.00 | 34,765.91 | |
| **Subtotal** | 34,935.06 | 169.15 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$34,935.06** | **$169.15** | |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | | |
|---|---|---|
| **Case Number:** | 12-16504-BWB | |
| **Case Name:** | KOLLER, JEFFREY | |
| | KOLLER, WENDY | |
| **Taxpayer ID #:** | **-***9393 | |
| **Period Ending:** | 11/18/14 | |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******3966 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 34,765.91 | | 34,765.91 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.33 | 34,712.58 |
| 02/13/13 | 10101 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #12-16504, Bond #016026455 Voided on 02/13/13 | 2300-000 | | 33.18 | 34,679.40 |
| 02/13/13 | 10101 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #12-16504, Bond #016026455 Voided: check issued on 02/13/13 | 2300-000 | | -33.18 | 34,712.58 |
| 02/13/13 | 10102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #12-16504, bond#016026455 | 2300-000 | | 33.18 | 34,679.40 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.58 | 34,632.82 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.15 | 34,584.67 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.05 | 34,531.62 |
| 05/17/13 | | JEFFREY KOLLER | PARTIAL SETTLEMENT PAYMENT | | 10,000.00 | | 44,531.62 |
| | {18} | | sale of trailer                500.00 | 1129-000 | | | 44,531.62 |
| | {11} | | sale of vehicle            4,000.00 | 1129-000 | | | 44,531.62 |
| | {13} | | sale of vehicle            5,500.00 | 1129-000 | | | 44,531.62 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.59 | 44,475.03 |
| 06/21/13 | | JEFFREY KOLLER | SALE OF VEHICLES | | 15,790.00 | | 60,265.03 |
| | {12} | | sale of vehicle            3,000.00 | 1129-000 | | | 60,265.03 |
| | {17} | | sale of vehicle            3,790.00 | 1129-000 | | | 60,265.03 |
| | {10} | | sale of vehicle            6,000.00 | 1129-000 | | | 60,265.03 |
| | {15} | | sale of jet ski            1,000.00 | 1129-000 | | | 60,265.03 |
| | {16} | | sale of jet ski            1,000.00 | 1129-000 | | | 60,265.03 |
| | {14} | | sale of vehicle              500.00 | 1129-000 | | | 60,265.03 |
| | {21} | | sale of trailer                500.00 | 1229-000 | | | 60,265.03 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.73 | 60,202.30 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.25 | 60,107.05 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.45 | 60,020.60 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.45 | 59,937.15 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.83 | 59,842.32 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.33 | 59,761.99 |
| 12/10/13 | 10103 | INNOVALAW, PC | COMPENSATION TO TRUSTEE'S COUNSEL | 3210-000 | | 5,013.50 | 54,748.49 |

Subtotals :                $60,555.91        $5,807.42

{} Asset reference(s)

Printed: 11/18/2014 09:45 AM    V.13.15

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | | | | | | |
|---|---|---|---|---|---|---|
**Case Number:** 12-16504-BWB  
**Case Name:** KOLLER, JEFFREY  
KOLLER, WENDY  
**Taxpayer ID #:** **-***9393  
**Period Ending:** 11/18/14

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3966 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.67 | 54,656.82 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.23 | 54,575.59 |
| 02/03/14 | 10104 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #12-16504, BOND#016026455 | 2300-000 | | 45.78 | 54,529.81 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.24 | 54,456.57 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.71 | 54,380.86 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.44 | 54,297.42 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.09 | 54,219.33 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.38 | 54,143.95 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.67 | 54,058.28 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.16 | 53,983.12 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.82 | 53,900.30 |

|  | | |
|---|---|---|
| **ACCOUNT TOTALS** | 60,555.91 | 6,655.61 | $53,900.30 |
| Less: Bank Transfers | 34,765.91 | 0.00 |
| **Subtotal** | 25,790.00 | 6,655.61 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$25,790.00** | **$6,655.61** |

Net Receipts : 60,725.06  
Net Estate : $60,725.06

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******50-66** | 34,935.06 | 169.15 | 0.00 |
| **Checking # ******3966** | 25,790.00 | 6,655.61 | 53,900.30 |
| | $60,725.06 | $6,824.76 | $53,900.30 |

{} Asset reference(s)    Printed: 11/18/2014 09:45 AM    V.13.15

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 18, 2013

**Case Number:** 12-16504-BWB                  Page: 1                          **Date:** November 18, 2014
**Debtor Name:** KOLLER, JEFFREY                                               **Time:** 09:46:00 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $6,286.25 | $0.00 | 6,286.25 |
| ADMIN2 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $1,653.10 | $0.00 | 1,653.10 |
| ADMIN2 200 | Alan D. Lasko<br>Alan D. Lasko & Associates,P.C<br>29 S. LaSalle Street, Ste 1240<br>Chicago, IL 60603 | Admin Ch. 7 | | $18.00 | $0.00 | 18.00 |
| 1 610 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131 | Unsecured | | $1,571.88 | $0.00 | 1,571.88 |
| 2 610 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $2,219.13 | $0.00 | 2,219.13 |
| 3 610 | FIA Card Services, N.A. as successor in<br>interest to Bank of America, N.A. (USA)<br>and MBNA America Bank, N.A.,POB 3001<br>Malvern, PA 19355 | Unsecured | | $5,200.79 | $0.00 | 5,200.79 |
| 4 610 | OAK HARBOR CAPITAL VI, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $1,563.74 | $0.00 | 1,563.74 |
| 5 610 | Portfolio Recovery Associates, LLC<br>c/o Goodyear<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $3,095.46 | $0.00 | 3,095.46 |
| 6 610 | Portfolio Recovery Associates, LLC<br>c/o Thd<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $28,048.59 | $0.00 | 28,048.59 |
| 7 610 | Portfolio Recovery Associates, LLC<br>c/o Wal-mart<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $5,764.71 | $0.00 | 5,764.71 |
| 8 610 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Unsecured | | $933.61 | $0.00 | 933.61 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 18, 2013

**Case Number:** 12-16504-BWB
**Debtor Name:** KOLLER, JEFFREY

Page: 2

**Date:** November 18, 2014
**Time:** 09:46:00 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9<br>610 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | Unsecured | | $3,528.67 | $0.00 | 3,528.67 |
| 10<br>610 | Portfolio Recovery Associates, LLC c/o<br>Chase Bank<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $6,848.03 | $0.00 | 6,848.03 |
| 11<br>610 | PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $13,199.45 | $0.00 | 13,199.45 |
| 12<br>610 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $5,200.79 | $0.00 | 5,200.79 |
| 13<br>620 | ECAST SETTLEMENT CORP<br>C/O BASS & ASSOC, PC<br>3936 E. FT. LOWELL, SUITE 200<br>TUCSON, AZ 85712 | Unsecured | | $1,272.04 | $0.00 | 1,272.04 |
| 14<br>620 | ECAST SETTLEMENT CORP<br>C/O BASS & ASSOC PC<br>3936 E FT LOWELL, SUITE 200<br>TUCSON, AZ 85712 | Unsecured | | $777.94 | $0.00 | 777.94 |
| 15<br>620 | ECAST SETTLEMENT CORP<br>C/O BASS & ASSOC, PC<br>3936 E FT.LOWELL, SUITE 200<br>TUCSON, AZ 85712 | Unsecured | | $7,090.89 | $0.00 | 7,090.89 |
| << Totals >> | | | | 94,273.07 | 0.00 | 94,273.07 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-16504-BWB
Case Name: KOLLER, JEFFREY
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:**    $          53,900.30

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $          0.00
Remaining balance:    $          53,900.30

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 6,286.25 | 0.00 | 6,286.25 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,653.10 | 0.00 | 1,653.10 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 18.00 | 0.00 | 18.00 |

Total to be paid for chapter 7 administration expenses:    $          7,957.35
Remaining balance:    $          45,942.95

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $          0.00
Remaining balance:    $          45,942.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 45,942.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,174.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 59.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Midland Funding LLC | 1,571.88 | 0.00 | 935.76 |
| 2 | GE Capital Retail Bank | 2,219.13 | 0.00 | 1,321.07 |
| 3 | FIA Card Services, N.A. as successor in | 5,200.79 | 0.00 | 3,096.08 |
| 4 | OAK HARBOR CAPITAL VI, LLC | 1,563.74 | 0.00 | 930.91 |
| 5 | Portfolio Recovery Associates, LLC | 3,095.46 | 0.00 | 1,842.76 |
| 6 | Portfolio Recovery Associates, LLC | 28,048.59 | 0.00 | 16,697.60 |
| 7 | Portfolio Recovery Associates, LLC | 5,764.71 | 0.00 | 3,431.79 |
| 8 | eCAST Settlement Corporation | 933.61 | 0.00 | 555.79 |
| 9 | Citibank, N.A. | 3,528.67 | 0.00 | 2,100.65 |
| 10 | Portfolio Recovery Associates, LLC c/o Chase Bank | 6,848.03 | 0.00 | 4,076.70 |
| 11 | PRA Receivables Management, LLC | 13,199.45 | 0.00 | 7,857.76 |
| 12 | FIA CARD SERVICES, N.A. | 5,200.79 | 0.00 | 3,096.08 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 45,942.95 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 9,140.87 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | ECAST SETTLEMENT CORP | 1,272.04 | 0.00 | 0.00 |
| 14 | ECAST SETTLEMENT CORP | 777.94 | 0.00 | 0.00 |
| 15 | ECAST SETTLEMENT CORP | 7,090.89 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**