# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: KOLLER, JEFFREY  § Case No. 12-16504-BWB
      KOLLER, WENDY  §
        §
Debtor(s)  §

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:00AM on 03/06/2015 in Courtroom       , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  01/26/2015          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                              Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: KOLLER, JEFFREY | § | Case No. 12-16504-BWB |
| KOLLER, WENDY | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*   $   60,725.06

*and approved disbursements of*   $   6,824.76

*leaving a balance on hand of* [1]   $   53,900.30

**Balance on hand:**   $   53,900.30

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   53,900.30

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 6,286.25 | 0.00 | 6,286.25 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,653.10 | 0.00 | 1,653.10 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 18.00 | 0.00 | 18.00 |

Total to be paid for chapter 7 administration expenses:   $   7,957.35
Remaining balance:   $   45,942.95

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 45,942.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 45,942.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,174.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 59.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Midland Funding LLC | 1,571.88 | 0.00 | 935.76 |
| 2 | GE Capital Retail Bank | 2,219.13 | 0.00 | 1,321.07 |
| 3 | FIA Card Services, N.A. as successor in | 5,200.79 | 0.00 | 3,096.08 |
| 4 | OAK HARBOR CAPITAL VI, LLC | 1,563.74 | 0.00 | 930.91 |
| 5 | Portfolio Recovery Associates, LLC | 3,095.46 | 0.00 | 1,842.76 |
| 6 | Portfolio Recovery Associates, LLC | 28,048.59 | 0.00 | 16,697.60 |
| 7 | Portfolio Recovery Associates, LLC | 5,764.71 | 0.00 | 3,431.79 |
| 8 | eCAST Settlement Corporation | 933.61 | 0.00 | 555.79 |
| 9 | Citibank, N.A. | 3,528.67 | 0.00 | 2,100.65 |
| 10 | Portfolio Recovery Associates, LLC c/o Chase Bank | 6,848.03 | 0.00 | 4,076.70 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 11 | PRA Receivables Management, LLC | 13,199.45 | 0.00 | 7,857.76 |
| 12 | FIA CARD SERVICES, N.A. | 5,200.79 | 0.00 | 3,096.08 |

Total to be paid for timely general unsecured claims: $ 45,942.95
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 9,140.87 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 13 | ECAST SETTLEMENT CORP | 1,272.04 | 0.00 | 0.00 |
| 14 | ECAST SETTLEMENT CORP | 777.94 | 0.00 | 0.00 |
| 15 | ECAST SETTLEMENT CORP | 7,090.89 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jeffrey A Koller  
Wendy J Koller  
    Debtors

Case No. 12-16504-BWB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: cgreen     Page 1 of 2     Date Rcvd: Jan 27, 2015  
                Form ID: pdf006     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2015.

```
db/jdb      +Jeffrey A Koller,   Wendy J Koller,    4250 State Route 53,    Braceville, IL 60407-9752
18813949   ++BANK OF AMERICA,    PO BOX 982238,     EL PASO TX 79998-2238
             (address filed with court:  Bank Of America,     Attention: Recovery Department,
             4161 Peidmont Pkwy.,    Greensboro, NC 27410)
19408215    +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
18813953   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:  Citibank Usa,     Citicorp Credit Services/Attn: Centraliz,
             Po Box 20363,    Kansas City, MO 64195)
18813950    +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
18813951    +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
18813952    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19350381    +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
19664313     FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18996264     FIA Card Services, N.A. as successor in,    interest to Bank of America, N.A. (USA),
             and MBNA America Bank, N.A.,    POB 3001,    Malvern, PA 19355-0701
18813957    +Grundy Bank,    201 Liberty St,    Morris, IL 60450-2282
18813958    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
18813960    +Hsbc/Menards,    Attn: Bankruptcy Dept,    Po Box 5263,    Carol Stream, IL 60197-5263
18813959    +Hsbc/guitr,    90 Christiana Rd,    New Castle, DE 19720-3118
18813961    +Hsbc/rs,    Po Box 5253,    Attn Bankruptcy,    Carol Stream, IL 60197-5253
19276412   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,    c/o Goodyear,    POB 41067,
             Norfolk VA 23541)
20364416    +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
19358583    +Portfolio Recovery Associates, LLC c/o Chase Bank,    POB 41067,    Norfolk VA 23541-1067
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21198294    +E-mail/Text: bnc@bass-associates.com Jan 28 2015 02:11:13
             Capital One, N.A. (Best Buy Co., Inc.),    c/o Bass & Associates, P.C.,
             3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
19328897    +E-mail/Text: bnc@bass-associates.com Jan 28 2015 02:11:13     Capital One, N.A.(MENARDS),
             Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
18813954    +E-mail/Text: bknotice@erccollections.com Jan 28 2015 02:12:32     Enhanced Recovery Corp,
             Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
18932589     E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2015 02:07:52     GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18813955    +E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2015 02:07:53     Gecrb/amazon,    Po Box 981400,
             El Paso, TX 79998-1400
18813956    +E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2015 02:07:53     Gemb/walmart Dc,    Walmart/GEMB,
             Po Box 103104,    Roswell, GA 30076-9104
19932159     E-mail/PDF: rmscedi@recoverycorp.com Jan 28 2015 02:07:32     Midland Funding LLC,
             By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,    Miami, FL 33131-1605
19072504    +E-mail/Text: bncmail@w-legal.com Jan 28 2015 02:12:56     OAK HARBOR CAPITAL VI, LLC,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
19932160     E-mail/PDF: rmscedi@recoverycorp.com Jan 28 2015 02:07:32
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
20374089    +E-mail/Text: bnc@bass-associates.com Jan 28 2015 02:11:13     eCAST Settlement Corporation,
             c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                             TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18954805*  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  FIA CARD SERVICES, N.A.,    PO Box 15102,
             Wilmington, DE 19886-5102)
19282557*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,    c/o Thd,    POB 41067,
             Norfolk VA 23541)
19310527*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,    c/o Wal-mart,    POB 41067,
             Norfolk VA 23541)
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: cgreen              Page 2 of 2                   Date Rcvd: Jan 27, 2015
                              Form ID: pdf006           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2015 at the address(es) listed below:
              Ariane   Holtschlag    on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;nbouchard@wfactorlaw.com
              Gerald   Mylander    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
              Glenn B Stearns    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
              Theresa A Berkey     on behalf of Joint Debtor Wendy J Koller Theresa@GoLawOffice.com
              Theresa A Berkey     on behalf of Debtor Jeffrey A Koller Theresa@GoLawOffice.com
              Thomas B Sullivan    tsullivan@wfactorlaw.com,  IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
              William J Factor    on behalf of Trustee Thomas B Sullivan wfactor@wfactorlaw.com,
               wfactorlaw@gmail.com;gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;wfactor@ecf.inforuptcy
               .com;nbouchard@wfactorlaw.com
                                                                                             TOTAL: 8
```