**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: KOLLER, JEFFREY | § | Case No. 12-16504-BWB |
| KOLLER, WENDY | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $240,740.00                             Assets Exempt: $31,750.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $45,942.95      Claims Discharged
                                                          Without Payment: $40,372.77

Total Expenses of Administration: $14,782.11

---

    3) Total gross receipts of $    60,725.06    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $60,725.06 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,782.11 | 14,782.11 | 14,782.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 86,315.72 | 86,315.72 | 45,942.95 |
| **TOTAL DISBURSEMENTS** | $0.00 | $101,097.83 | $101,097.83 | $60,725.06 |

4) This case was originally filed under Chapter 7 on August 31, 2012. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/16/2015          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2002 FORD F450 DUMP TRUCK | 1129-000 | 6,000.00 |
| 2005 FORD F250 | 1129-000 | 4,000.00 |
| 2000 FORD F350 SUPER CAB | 1129-000 | 3,000.00 |
| 2005 FORD F250 SUPER CAB | 1129-000 | 5,500.00 |
| 1999 MERCURY GRAND MARQUIS | 1129-000 | 500.00 |
| 2005 YAMAHA FX CRUISER | 1129-000 | 1,000.00 |
| 2005 YAHAMA FX CRUISER | 1129-000 | 1,000.00 |
| 2004 FOREST RIVER TRAVEL TRAILER | 1129-000 | 3,790.00 |
| CRONKITE TRAILER | 1129-000 | 500.00 |
| SALE OF PROPERTY IN MARCO ISLAND, FL | 1210-000 | 34,287.06 |
| FUNDS PAID TO CHAPTER 13 TRUSTEE IN PRIOR CASE | 1290-010 | 648.00 |
| 2006 KARAVAN JET SKI TRAILER | 1229-000 | 500.00 |
| **TOTAL GROSS RECEIPTS** | | **$60,725.06** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 6,286.25 | 6,286.25 | 6,286.25 |
| Alan D. Lasko | 3410-000 | N/A | 1,653.10 | 1,653.10 | 1,653.10 |
| Alan D. Lasko | 3420-000 | N/A | 18.00 | 18.00 | 18.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.63 | 28.63 | 28.63 |
| The Bank of New York Mellon | 2600-000 | N/A | 71.52 | 71.52 | 71.52 |
| The Bank of New York Mellon | 2600-000 | N/A | 69.00 | 69.00 | 69.00 |
| Rabobank, N.A. | 2600-000 | N/A | 53.33 | 53.33 | 53.33 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 33.18 | 33.18 | 33.18 |
| Rabobank, N.A. | 2600-000 | N/A | 46.58 | 46.58 | 46.58 |
| Rabobank, N.A. | 2600-000 | N/A | 48.15 | 48.15 | 48.15 |
| Rabobank, N.A. | 2600-000 | N/A | 53.05 | 53.05 | 53.05 |
| Rabobank, N.A. | 2600-000 | N/A | 56.59 | 56.59 | 56.59 |
| Rabobank, N.A. | 2600-000 | N/A | 62.73 | 62.73 | 62.73 |
| Rabobank, N.A. | 2600-000 | N/A | 95.25 | 95.25 | 95.25 |
| Rabobank, N.A. | 2600-000 | N/A | 86.45 | 86.45 | 86.45 |
| Rabobank, N.A. | 2600-000 | N/A | 83.45 | 83.45 | 83.45 |
| Rabobank, N.A. | 2600-000 | N/A | 94.83 | 94.83 | 94.83 |
| Rabobank, N.A. | 2600-000 | N/A | 80.33 | 80.33 | 80.33 |
| INNOVALAW, PC | 3210-000 | N/A | 5,013.50 | 5,013.50 | 5,013.50 |
| Rabobank, N.A. | 2600-000 | N/A | 91.67 | 91.67 | 91.67 |
| Rabobank, N.A. | 2600-000 | N/A | 81.23 | 81.23 | 81.23 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 45.78 | 45.78 | 45.78 |
| Rabobank, N.A. | 2600-000 | N/A | 73.24 | 73.24 | 73.24 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 75.71 | 75.71 | 75.71 |
| Rabobank, N.A. | 2600-000 | N/A | 83.44 | 83.44 | 83.44 |
| Rabobank, N.A. | 2600-000 | N/A | 78.09 | 78.09 | 78.09 |
| Rabobank, N.A. | 2600-000 | N/A | 75.38 | 75.38 | 75.38 |
| Rabobank, N.A. | 2600-000 | N/A | 85.67 | 85.67 | 85.67 |
| Rabobank, N.A. | 2600-000 | N/A | 75.16 | 75.16 | 75.16 |
| Rabobank, N.A. | 2600-000 | N/A | 82.82 | 82.82 | 82.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $14,782.11 | $14,782.11 | $14,782.11 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Midland Funding LLC | 7100-000 | N/A | 1,571.88 | 1,571.88 | 935.76 |
| 2 | GE Capital Retail Bank | 7100-000 | N/A | 2,219.13 | 2,219.13 | 1,321.07 |
| 3 | FIA Card Services, N.A. as successor in | 7100-000 | N/A | 5,200.79 | 5,200.79 | 3,096.08 |
| 4 | OAK HARBOR CAPITAL VI, LLC | 7100-000 | N/A | 1,563.74 | 1,563.74 | 930.91 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 3,095.46 | 3,095.46 | 1,842.76 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 28,048.59 | 28,048.59 | 16,697.60 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 5,764.71 | 5,764.71 | 3,431.79 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Claimant | Code | | Amount | Amount | Paid |
|---|---|---|---|---|---|---|
| 8 | eCAST Settlement Corporation | 7100-000 | N/A | 933.61 | 933.61 | 555.79 |
| 9 | Citibank, N.A. | 7100-000 | N/A | 3,528.67 | 3,528.67 | 2,100.65 |
| 10 | Portfolio Recovery Associates, LLC c/o Chase | 7100-000 | N/A | 6,848.03 | 6,848.03 | 4,076.70 |
| 11 | PRA Receivables Management, LLC | 7100-000 | N/A | 13,199.45 | 13,199.45 | 7,857.76 |
| 12 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 5,200.79 | 5,200.79 | 3,096.08 |
| 13 | ECAST SETTLEMENT CORP | 7200-000 | N/A | 1,272.04 | 1,272.04 | 0.00 |
| 14 | ECAST SETTLEMENT CORP | 7200-000 | N/A | 777.94 | 777.94 | 0.00 |
| 15 | ECAST SETTLEMENT CORP | 7200-000 | N/A | 7,090.89 | 7,090.89 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $86,315.72 | $86,315.72 | $45,942.95 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-16504-BWB  
**Case Name:** KOLLER, JEFFREY  
KOLLER, WENDY  
**Period Ending:** 04/16/15  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 08/31/12 (c)  
**§341(a) Meeting Date:** 10/11/12  
**Claims Bar Date:** 01/18/13  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 4250 SOUTH ROUTE 53, BRACEVILLE, IL | 223,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 20.00 | 0.00 | | 0.00 | FA |
| 3 | MAZON STATE BANK | 1,650.00 | 0.00 | | 0.00 | FA |
| 4 | MASON STATE BANK | 50.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 2,540.00 | 0.00 | | 0.00 | FA |
| 6 | PICTURES | 80.00 | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL | 800.00 | 0.00 | | 0.00 | FA |
| 8 | JEWELRY | 250.00 | 0.00 | | 0.00 | FA |
| 9 | CAMERA, ETC | 350.00 | 0.00 | | 0.00 | FA |
| 10 | 2002 FORD F450 DUMP TRUCK | 6,000.00 | 2,790.00 | | 6,000.00 | FA |
| 11 | 2005 FORD F250 | 4,000.00 | 1,600.00 | | 4,000.00 | FA |
| 12 | 2000 FORD F350 SUPER CAB | 3,500.00 | 1,100.00 | | 3,000.00 | FA |
| 13 | 2005 FORD F250 SUPER CAB | 6,000.00 | 6,000.00 | | 5,500.00 | FA |
| 14 | 1999 MERCURY GRAND MARQUIS | 800.00 | 800.00 | | 500.00 | FA |
| 15 | 2005 YAMAHA FX CRUISER | 3,000.00 | 3,000.00 | | 1,000.00 | FA |
| 16 | 2005 YAHAMA FX CRUISER | 3,000.00 | 3,000.00 | | 1,000.00 | FA |
| 17 | 2004 FOREST RIVER TRAVEL TRAILER | 6,000.00 | 6,000.00 | | 3,790.00 | FA |
| 18 | CRONKITE TRAILER | 1,000.00 | 500.00 | | 500.00 | FA |
| 19 | SALE OF PROPERTY IN MARCO ISLAND, FL  (u) | 34,287.06 | 34,287.06 | | 34,287.06 | FA |
| 20 | FUNDS PAID TO CHAPTER 13 TRUSTEE IN PRIOR CASE  (u) | 648.00 | 0.00 | | 648.00 | FA |
| 21 | 2006 KARAVAN JET SKI TRAILER  (u) | 500.00 | 500.00 | | 500.00 | FA |
| 22 | 1108 NE 6TH AVENUE, FORT MYERS, FL | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 22 | **Assets  Totals** (Excluding unknown values) | **$309,475.06** | **$71,577.06** | | **$60,725.06** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL REPORT SET FOR 3/6/15

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-16504-BWB  
**Case Name:** KOLLER, JEFFREY  
KOLLER, WENDY  
**Period Ending:** 04/16/15

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 08/31/12 (c)  
**§341(a) Meeting Date:** 10/11/12  
**Claims Bar Date:** 01/18/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

WAITING FOR VALUATION FROM AUCTIONNER ON TRUCK AND BOATS; ATTEMPTING TO MARKET FORT MYERS, FL PROPERTY;

**Initial Projected Date Of Final Report (TFR):** June 30, 2014    **Current Projected Date Of Final Report (TFR):** November 18, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-16504-BWB  
**Case Name:** KOLLER, JEFFREY  
KOLLER, WENDY  
**Taxpayer ID #:** **-***9393  
**Period Ending:** 04/16/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******50-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/18/12 | {19} | THE KRAMER LAW FIRM | TURNOVER OF FUNDS FROM SALE OF PROPERTY IN MARCO ISLAND | 1210-000 | 34,287.06 | | 34,287.06 |
| 10/18/12 | {20} | OFFICE OF GLENN STEARNS | TURNOVER OF FUNDS RECEIVED BY CHAPTER 13 TRUSTEE | 1290-010 | 648.00 | | 34,935.06 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.63 | 34,906.43 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.52 | 34,834.91 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.00 | 34,765.91 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 34,765.91 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 34,935.06 | 34,935.06 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 34,765.91 | |
| | | | **Subtotal** | | 34,935.06 | 169.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$34,935.06** | **$169.15** | |

{} Asset reference(s)

Printed: 04/16/2015 04:19 PM     V.13.21

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-16504-BWB  
**Case Name:** KOLLER, JEFFREY  
KOLLER, WENDY  
**Taxpayer ID #:** **-***9393  
**Period Ending:** 04/16/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3966 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | | 9999-000 | 34,765.91 | | 34,765.91 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 53.33 | 34,712.58 |
| 02/13/13 | 10101 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #12-16504, Bond #016026455 Voided on 02/13/13 | | 2300-000 | | 33.18 | 34,679.40 |
| 02/13/13 | 10101 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #12-16504, Bond #016026455 Voided: check issued on 02/13/13 | | 2300-000 | | -33.18 | 34,712.58 |
| 02/13/13 | 10102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #12-16504, bond#016026455 | | 2300-000 | | 33.18 | 34,679.40 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 46.58 | 34,632.82 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 48.15 | 34,584.67 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 53.05 | 34,531.62 |
| 05/17/13 | | JEFFREY KOLLER | PARTIAL SETTLEMENT PAYMENT | | | 10,000.00 | | 44,531.62 |
| | {18} | | sale of trailer | 500.00 | 1129-000 | | | 44,531.62 |
| | {11} | | sale of vehicle | 4,000.00 | 1129-000 | | | 44,531.62 |
| | {13} | | sale of vehicle | 5,500.00 | 1129-000 | | | 44,531.62 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 56.59 | 44,475.03 |
| 06/21/13 | | JEFFREY KOLLER | SALE OF VEHICLES | | | 15,790.00 | | 60,265.03 |
| | {12} | | sale of vehicle | 3,000.00 | 1129-000 | | | 60,265.03 |
| | {17} | | sale of vehicle | 3,790.00 | 1129-000 | | | 60,265.03 |
| | {10} | | sale of vehicle | 6,000.00 | 1129-000 | | | 60,265.03 |
| | {15} | | sale of jet ski | 1,000.00 | 1129-000 | | | 60,265.03 |
| | {16} | | sale of jet ski | 1,000.00 | 1129-000 | | | 60,265.03 |
| | {14} | | sale of vehicle | 500.00 | 1129-000 | | | 60,265.03 |
| | {21} | | sale of trailer | 500.00 | 1229-000 | | | 60,265.03 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 62.73 | 60,202.30 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 95.25 | 60,107.05 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 86.45 | 60,020.60 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 83.45 | 59,937.15 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 94.83 | 59,842.32 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 80.33 | 59,761.99 |
| 12/10/13 | 10103 | INNOVALAW, PC | COMPENSATION TO TRUSTEE'S COUNSEL | | 3210-000 | | 5,013.50 | 54,748.49 |

Subtotals :  $60,555.91   $5,807.42

{} Asset reference(s)

Printed: 04/16/2015 04:19 PM    V.13.21

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-16504-BWB  
**Case Name:** KOLLER, JEFFREY  
KOLLER, WENDY  
**Taxpayer ID #:** **-***9393  
**Period Ending:** 04/16/15

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.67 | 54,656.82 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.23 | 54,575.59 |
| 02/03/14 | 10104 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #12-16504, BOND#016026455 | 2300-000 | | 45.78 | 54,529.81 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.24 | 54,456.57 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.71 | 54,380.86 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.44 | 54,297.42 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.09 | 54,219.33 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.38 | 54,143.95 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.67 | 54,058.28 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.16 | 53,983.12 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.82 | 53,900.30 |
| 03/11/15 | 10105 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $6,286.25, Trustee Compensation; Reference: | 2100-000 | | 6,286.25 | 47,614.05 |
| 03/11/15 | 10106 | Alan D. Lasko | Dividend paid 100.00% on $1,653.10, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,653.10 | 45,960.95 |
| 03/11/15 | 10107 | Alan D. Lasko | Dividend paid 100.00% on $18.00, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 18.00 | 45,942.95 |
| 03/11/15 | 10108 | Midland Funding LLC | Dividend paid 59.53% on $1,571.88; Claim# 1; Filed: $1,571.88; Reference: | 7100-000 | | 935.76 | 45,007.19 |
| 03/11/15 | 10109 | GE Capital Retail Bank | Dividend paid 59.53% on $2,219.13; Claim# 2; Filed: $2,219.13; Reference: | 7100-000 | | 1,321.07 | 43,686.12 |
| 03/11/15 | 10110 | FIA Card Services, N.A. as successor in | Dividend paid 59.53% on $5,200.79; Claim# 3; Filed: $5,200.79; Reference: | 7100-000 | | 3,096.08 | 40,590.04 |
| 03/11/15 | 10111 | OAK HARBOR CAPITAL VI, LLC | Dividend paid 59.53% on $1,563.74; Claim# 4; Filed: $1,563.74; Reference: | 7100-000 | | 930.91 | 39,659.13 |
| 03/11/15 | 10112 | Portfolio Recovery Associates, LLC | Dividend paid 59.53% on $3,095.46; Claim# 5; Filed: $3,095.46; Reference: | 7100-000 | | 1,842.76 | 37,816.37 |
| 03/11/15 | 10113 | Portfolio Recovery Associates, LLC | Dividend paid 59.53% on $28,048.59; Claim# 6; Filed: $28,048.59; Reference: | 7100-000 | | 16,697.60 | 21,118.77 |
| 03/11/15 | 10114 | Portfolio Recovery Associates, LLC | Dividend paid 59.53% on $5,764.71; Claim# 7; Filed: $5,764.71; Reference: | 7100-000 | | 3,431.79 | 17,686.98 |
| 03/11/15 | 10115 | eCAST Settlement Corporation | Dividend paid 59.53% on $933.61; Claim# 8; Filed: $933.61; Reference: | 7100-000 | | 555.79 | 17,131.19 |
| 03/11/15 | 10116 | Citibank, N.A. | Dividend paid 59.53% on $3,528.67; Claim# 9; Filed: $3,528.67; Reference: | 7100-000 | | 2,100.65 | 15,030.54 |

Subtotals : $0.00  $39,717.95

{} Asset reference(s)  Printed: 04/16/2015 04:19 PM  V.13.21

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 12-16504-BWB  
**Case Name:** KOLLER, JEFFREY  
　　　　　　　KOLLER, WENDY  
**Taxpayer ID #:** **-***9393  
**Period Ending:** 04/16/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3966 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/11/15 | 10117 | Portfolio Recovery Associates, LLC c/o Chase Bank | Dividend paid 59.53% on $6,848.03; Claim# 10; Filed: $6,848.03; Reference: | 7100-000 | | 4,076.70 | 10,953.84 |
| 03/11/15 | 10118 | PRA Receivables Management, LLC | Dividend paid 59.53% on $13,199.45; Claim# 11; Filed: $13,199.45; Reference: | 7100-000 | | 7,857.76 | 3,096.08 |
| 03/11/15 | 10119 | FIA CARD SERVICES, N.A. | Dividend paid 59.53% on $5,200.79; Claim# 12; Filed: $5,200.79; Reference: | 7100-000 | | 3,096.08 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 60,555.91 | 60,555.91 | $0.00 |
| | | | Less: Bank Transfers | | 34,765.91 | 0.00 | |
| | | | **Subtotal** | | 25,790.00 | 60,555.91 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,790.00** | **$60,555.91** | |

|  |  |
|---|---|
| Net Receipts : | 60,725.06 |
| Net Estate : | $60,725.06 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******50-66 | 34,935.06 | 169.15 | 0.00 |
| Checking # ******3966 | 25,790.00 | 60,555.91 | 0.00 |
| | $60,725.06 | $60,725.06 | $0.00 |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 04/16/2015 04:19 PM　　V.13.21